IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DEVORIS WILLIAMS,            ) | |
|            ) | |
|    Plaintiff,            ) | |
|            ) | CIVIL ACTION NO. |
|    v.            ) | 2:16cv873-MHT |
|            ) | (WO) |
| JOHN CROW, et al.            ) | |
|            ) | |
|    Defendants.            ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit alleging violations of his Equal Protection and Due Process rights after receiving a disciplinary sanction while incarcerated at Station Correctional Facility.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 6th day of April, 2017.

                                        /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**